PROB 22

Docket No. (Transferring Court) 8:01CR152-002
Docket No. (Receiving Court) _____

# TRANSFER OF JURISDICTION

CR 08-0291 SBA

Name and Address of Probationer/Supervised Releasee:
**Ira Haley**

District: **Nebraska**                         Division: **Omaha**

Name of Sentencing Judge: The Honorable Joseph F. Bataillon
                         Chief U.S. District Judge

Dates of Probation/Supervised Release -   From: July 23, 2007
                                          To:   July 22, 2012

Offense:   Conspiracy to Possess with Intent to Distribute Cocaine Base
           [21 U.S.C. 841(a)(1) and 846]

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_4/15/08_                               _[signature]_
Date                                    The Honorable Joseph F. Bataillon
                                        Chief U.S. District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 1 2008                            _[signature]_
Effective Date                          United States District Judge